# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00785-CV

### In re Walter Lee Hall, Jr.

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus. *See* Tex. R. App. P. 52.8. Having considered relator's arguments and the record, we deny the petition for writ of mandamus.

_____

David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed: December 13, 2010